UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Twin City Pipe Trades Service Association,
Plaintiff,
v.

White Bear Mechanical, Inc.

Defendant.

CIVIL 01-964 PAM/JGL

**ORDER OF DISMISSAL**

---

It appearing from the files and records that the case has been dormant since the date of filing,

Now therefore, Sua Sponte because of lack of prosecution the case is **DISMISSED.**

Provided that, the Court will retain jurisdiction for ten days from the date hereof to afford plaintiff the opportunity, if so advised to move to vacate this Order of Dismissal.

Dated: October 10, 2001

**PAUL A. MAGNUSON,** Judge
United States District Court

FILED OCT 10 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________